Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TROY CARTWRIGHT, Appellant.

Submitted March 22, 2010; decided March 25, 2010

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v EDGAR CORREA, Respondent.

Submitted March 15, 2010; decided March 25, 2010

Motion for a stay denied.

Chief Judge LIPPMAN taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v EDGAR CORREA, Respondent.

Submitted March 22, 2010; decided March 25, 2010

Motion by Chief Administrative Judge Ann Pfau et al. for leave to appear amici curiae on the appeal herein granted.

Chief Judge LIPPMAN taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELIJAH CUMMINGS, Appellant.

Submitted March 1, 2010; decided March 25, 2010

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place,